UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6017 CR-ZLOCH

18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(g)(5)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
vs. )
)
VAUGHN JASON EVANS, )
)
        Defendant. )
_____)

FILED by _____ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

From on or about December 26, 1998 through on or about January 7, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**VAUGHN JASON EVANS,**

in connection with the acquisition of a firearm, to wit: a Beretta, model Cougar, .40 caliber semi-automatic pistol, from Big Al's Gun and Pawn, a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the



dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the acquisition of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that the defendant stated in the Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was a citizen of the United States, that he was not an alien illegally in the United States and that he was born in Miami, when in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States, was an alien illegally in the United States and was not born in Miami; in violation of Title 18, United States Code, Section 922(a)(6).

### COUNT II

On or about January 7, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**VAUGHN JASON EVANS,**

being an alien illegally and unlawfully in the United States, that is, being a citizen of Jamaica and having overstayed his visitor's visa, did knowingly possess a firearm, in and affecting commerce, to wit, a Beretta, model Cougar, .40 caliber semi-automatic pistol; in violation of Title 18, United States Code,

Section 922(g)(5).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | CERTIFICATE OF TRIAL ATTORNEY* |
| VAUGHN JASON EVANS | Superseding Case Information: |

**Court Division**: (Select One)

New Defendant(s) ___ Yes ___ No
Number of New Defendants ___
Total number of counts ___

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __NO__
   List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __11/17/99 - in San Diego, California__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?
   ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

   _____
   KATHLEEN RICE
   ASSISTANT UNITED STATES ATTORNEY
   Florida Bar No. 100765

*Penalty Sheet(s) attached                            REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name** VAUGHN JASON EVANS          **Case No.** _____

================================        ================================================

Count #: 1

PROVIDING FALSE INFORMATION IN ACQUISITION OF FIREARM

18 U.S.C. § 922(a)(6)

**Max. Penalty:**     10 YEARS' IMPRISONMENT; $250,000 FINE
================================================================================
Count #:

ILLEGAL ALIEN IN POSSESSION OF A FIREARM

18 U.S.C. § 922(g)(5)

**Max. Penalty:**     10 YEARS' IMPRISONMENT; $250,000 FINE
================================================================================
Count #.


**Max. Penalty:**
================================================================================
Count #:


**Max. Penalty:**
================================================================================
Count #:


**Max. Penalty:**
================================================================================

================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.