# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

VAUGHN JASON EVANS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6017-CR-ZLOCH MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __VAUGHN JASON EVANS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)

PROVIDING FALSE INFORMATION IN CONNECTION WITH THE ACQUISITION OF A FIREARM AND BEING AN ALIEN IN POSSESSION OF A FIREARM

FILED JAN 18 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

in violation of Title __18__ United States Code, Section(s) __922(a)(6), (g)(5)__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_/s/ Jenny Butler_
Issuing Officer

__1/13/00 at Fort Lauderdale, Florida__
Date and Location

_/s/ Lurana S. Snow_
LURANA S. SNOW

Bail fixed at $ __PRETRIAL DETENTION Requested__ by __CHIEF MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest