## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

VAUGHN JASON EVANS

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6017 CR-ZLOCH MAGISTRATE JUDGE SELTZER

YOU ARE HEREBY COMMANDED to arrest __VAUGHN JASON EVANS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition |

charging him or her with (brief description of offense)

PROVIDING FALSE INFORMATION IN CONNECTION WITH THE ACQUISITION OF A FIREARM AND BEING AN ALIEN IN POSSESSION OF A FIREARM

in violation of Title __18__ United States Code, Section(s) __922(a)(6), (g)(5)__

__Clarence Maddox__                          __Court Administrator/Clerk of the Court__
Name of Issuing Officer                        Title of Issuing Officer

_[signature]_                                 __1/13/00 at Fort Lauderdale, Florida__
Issuing Officer                                Date and Location

                                              _[signature]_ LURANA S. SNOW
Bail fixed at $ __PRETRIAL DETENTION Requested__ by __CHIEF MAGISTRATE JUDGE__
                                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ S/California |

| DATE RECEIVED 1/13/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/18/2000 | FOR: ATF | Fred DePompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest