UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CR-ZLOCH

UNITED STATES OF AMERICA

vs

VAUGHN JASON EVANS

ARRAIGNMENT INFORMATION SHEET

FILED by DC
FEB 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 2, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: _Custody_____

                    Telephone: _____

DEFENSE COUNSEL:    Name: __FPD_____

                    Address: _____

                    Telephone: _____

BOND SET/CONTINUED: $_____
Bond hearing held: yes____ no _X_ Bond hearing set for _2/7/00_
Dated this _2ND_ day of _FEBRUARY_, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
Deputy Clerk

Tape No. _00- 006_

cc: Copy for Judge
    U. S. Attorney

5