# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: VAUGHN JASON EVANS (J)          CASE NO: 00-6017-CR-ZLOCH
AUSA: KATHLEEN RICE *Stuart*          ATTY: *Martin Bidwill*
AGENT: ATF                            VIOL: 18:922(a) (6), (g)(5)
PROCEEDING I/A ON INDICTMENT          RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no            COUNSEL APPOINTED

BOND SET @

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person
3) Travel extended to:

*Deft advised of Charges - sworn for appointment of Counsel*

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        (PTD)/BOND HRG:  2/7   11   LSS
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:  2-17   11   LSS

Date: 2/2/00     Time 11:00     FTL/LSS TAPE #00- 006     Begin: 2113     End:

*re-call 2756*