*00-6017-CR-ZLOCH*

*Rule 40*

# United States District Court

### Southern District Of California
#### Office Of The Clerk
Edward J. Schwartz Federal Building
880 Front Street
Room 4290
San Diego, California 92101-8900

Roberta Westdal
Clerk

Phone:
(619) 557-5600
Fax: 557-6684

January 26, 2000

Clerk, U.S. District Court
Southern District of Florida
301 North Miami Ave
Miami FL 33128-7788

    Re:    00mg0110, USA vs Evans

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:



| | | | | |
|---|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| x | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| | Other | | |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                Sincerely yours,

                Roberta Westdal, Clerk

                **R. CAMPBELL**
                By: _____
                REBECA CAMPBELL, Deputy Clerk

AO 442 (Rev. 12/85) Warrant for Arrest                    AUSA RICE/AGENT LOMBARDO, ATF

# *United States District Court*

SOUTHERN                DISTRICT OF                FLORIDA

UNITED STATES OF AMERICA

V.                                                    **WARRANT FOR ARREST**

VAUGHN JASON EVANS                    CASE NUMBER: 00 - 6017

TO:  The United States Marshal                    CR-ZLOCH MAGISTRATE JUDGE
     and any Authorized United States Officer                    SELTZER

YOU ARE HEREBY COMMANDED to arrest  VAUGHN JASON EVANS

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X|Indictment  |  |Information  |  |Complaint  |  |Order of court  |  |Violation Notice  |  |Probation Violation Petition

charging him or her with (brief description of offense)

PROVIDING FALSE INFORMATION IN CONNECTION WITH THE ACQUISITION OF A FIREARM AND BEING AN ALIEN IN POSSESSION OF A FIREARM

in violation of Title  18  United States Code, Section(s)  922(a)(6), (g)(5)

Clarence Maddox                              Court Administrator/Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

_____                       1/13/00 at Fort Lauderdale, Florida
Issuing Officer                               Date and Location

Bail fixed at $ PRETRIAL DETENTION *requested* by  CHIEF MAGISTRATE JUDGE
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6017** CR-ZLOCH

18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(g)(5)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
VAUGHN JASON EVANS, )
)
Defendant. )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about December 26, 1998 through on or about January 7, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**VAUGHN JASON EVANS,**

in connection with the acquisition of a firearm, to wit: a Beretta, model Cougar, .40 caliber semi-automatic pistol, from Big Al's Gun and Pawn, a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the

dealer, which statement was intended and likely to deceive the
dealer with respect to a fact material to the lawfulness of the
acquisition of the firearm under the provisions of Chapter 44,
Title 18, United States Code, in that the defendant stated in the
Department of the Treasury, Bureau of Alcohol, Tobacco and
Firearms Form 4473, Firearms Transaction Record, that he was a
citizen of the United States, that he was not an alien illegally
in the United States and that he was born in Miami, when in truth
and fact, as the defendant then and there well knew, he was not a
citizen of the United States, was an alien illegally in the
United States and was not born in Miami; in violation of Title
18, United States Code, Section 922(a)(6).

## COUNT II

On or about January 7, 1999, in Broward County, in the
Southern District of Florida, and elsewhere, the defendant,

### VAUGHN JASON EVANS,

being an alien illegally and unlawfully in the United States,
that is, being a citizen of Jamaica and having overstayed his
visitor's visa, did knowingly possess a firearm, in and affecting
commerce, to wit, a Beretta, model Cougar, .40 caliber semi-
automatic pistol; in violation of Title 18, United States Code,

2

Section 922(g)(5).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA      CASE NO. _____

v.      CERTIFICATE OF TRIAL ATTORNEY*

VAUGHN JASON EVANS      Superseding Case Information:

| Court Division: (Select One) | New Defendant(s) ____ Yes ____ No |
|---|---|
| | Number of New Defendants ____ |
| ____ Miami ____ Key West | Total number of counts ____ |
| _X_ FTL ____ WPB ____ FTP | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) ____NO____
   List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | | ____ |
| II | 6 to 10 days | ____ | Minor | | ____ |
| III | 11 to 20 days | ____ | Misdem. | | ____ |
| IV | 21 to 60 days | ____ | Felony | | _X_ |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ____NO____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __11/17/99 - in San Diego, California__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?
   ____ Yes _X_ No    If yes, was it pending in the Central Region? ____ Yes ____ No

                                 _Kathleen Rice_
                                 KATHLEEN RICE
                                 ASSISTANT UNITED STATES ATTORNEY
                                 Florida Bar No. 100765

*Penalty Sheet(s) attached                                                 REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name VAUGHN JASON EVANS          Case No. _____

===============================     ==========================================

Count #: 1

PROVIDING FALSE INFORMATION IN ACQUISITION OF FIREARM _____

18 U.S.C. § 922(a)(6) _____

Max. Penalty:          10 YEARS' IMPRISONMENT; $250,000 FINE
==============================================================================
Count #:

ILLEGAL ALIEN IN POSSESSION OF A FIREARM _____

18 U.S.C. § 922(g)(5) _____

Max. Penalty:          10 YEARS' IMPRISONMENT; $250,000 FINE
==============================================================================
Count #.

_____

_____

Max. Penalty:
==============================================================================

Count #:

_____

_____

Max. Penalty:
==============================================================================

Count #:

_____

_____

Max. Penalty:
==============================================================================

==============================================================================


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

                                                                    TERMED

                        U.S. District Court
            Southern District of California (San Diego)

            CRIMINAL DOCKET FOR CASE #: 00-M -110-ALL

USA v. Evans                                        Filed: 01/14/00
Dkt# in other court: None

Case Assigned to:  Magistrate Judge John A. Houston

VAUGHN JASON EVANS (1)            Richard J Boesen
     defendant                    [term  01/20/00]
  [term  01/20/00]                (619)233-5150
                                  [COR LD NTC cja]
                                  Law Office of Richard J Boesen
                                  Columbia Square
                                  1230 Columbia Street
                                  Suite 1040
                                  San Diego, CA 92101-8502
                                  (619)233-5121


Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints                        Disposition

Cnt 1- 19:922(a)(6) -             Dft waives detention hearing
Providing false information on    without prejudice- order
an ATF  form 4473 in the          filed. Government to prepare
acquisition of a firearm Cnt      detention order by 1/24/00 due
2-        19:922(g)(5) -          to risk of flight. Defendant
Alien in possession of a          waives removal hearing.
firearm                           Defendant is ordered removed to
                                  the Southern District of
                                  Florida effective 1/26/00.
                                  (-1)


U. S. Attorneys:

   U S Attorney CR
   (619)557-5917
   [COR LD NTC]

Docket as of January 26, 2000 10:13 am                Page 1

I hereby ... and certify on 1-26-00
That the foregoing document is a full true and correct
copy of the original on file in my office and in my legal
custody.
        CLERK, U.S. DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
        By R Campbell        Deputy

```
Proceedings include all events.                                    TERMED
3:00m 110-ALL USA v. Evans

  Office of the U. S. Attorney
  Criminal Division
  880 Front Street
  Room 6293
  San Diego, CA 92101
  (619)557-5610
```

Proceedings include all events.                          TERMED
3:00m 110-ALL USA v. Evans

1/13/00   --        DEFENDANT Vaughn Jason Evans arrested (rxc)
                    [Entry date 01/19/00]

1/14/00   1         Out of District COMPLAINT against defendant Vaughn Jason
                    Evans, signed by Magistrate Judge Larry A. Burns (rxc)
                    [Entry date 01/14/00] [Edit date 01/14/00]

1/18/00   2         Enter Order by Magistrate Judge John A. Houston; Specially
                    appearing attorney FD; case reassigned to Magistrate Judge
                    John A. Houston, first appearance of Vaughn Jason Evans
                    on cmp, Attorney Richard J Boesen appointed;  Dft Vaughn
                    Jason Evans informed of charges, USA oral motion for
                    detention as to defendant Vaughn Jason Evans due to risk of
                    fight; removal hearing set for 2:00 2/1/00 for Vaughn
                    Jason Evans; detention hearing set for 3:00 1/20/00 for
                    Vaughn Jason Evans; Court Reporter: JAH00-2:3966- (rxc)
                    [Entry date 01/19/00]

1/20/00   4         WAIVER by defendant Vaughn Jason Evans (rxc)
                    [Entry date 01/26/00]

1/20/00   5         Minutes: Enter Order by Magistrate Judge John A. Houston;
                    Dft waives detention hearing without prejudice- order
                    Government to prepare detention order by 1/24/00 due to
                    risk of flight. Defendant waives removal hearing. Defendant
                    is ordered removed to the Southern District of Florida
                    effective 1/26/00.terminating party Vaughn Jason
                    Evans, case terminated; Court Reporter:
                    JAH00-2:2779-3283 (rxc) [Entry date 01/26/00]

1/20/00   6         RULE 40 Removal warrant issued as to Vaughn Jason Evans,
                    removing dft to the Southern District of Florida by
                    Magistrate Judge John A. Houston; original warrant of
                    removal sent to USM; (rxc) [Entry date 01/26/00]

1/24/00   3         ORDER of Detention of Vaughn Jason Evans  pending Trial by
                    Magistrate Judge John A. Houston (rxc) [Entry date 01/24/00]

CLOSED

FILED

00 JAN 14 PM 12: 42

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

mgw
6408
1·14·00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'00 mg 0 1 1 0

Magistrate's Docket No. _____

Case No. _____

VAUGHN JASON EVANS _____ , now presented before

_____ , United States Magistrate Judge,
(Name of Accused)

for arraignment and fixing of bail, has been charged by A United States

Grand Jury in the ___Southern___ District of ___Florida___

at ___Ft. Lauderdale, Florida___ , on ___January 13, 2000___ with the

offense that on or about ___12/26/98 – 1/7/99___ , at ___Broward County, Florida___
                         (Date of Offense)             (Place of Offense)

in violation of United States Code, Title __18__ , Section ___922(a) (6) and___ 922 (g)(5)

the accused ___VAUGHN JASON EVANS, violated Title 18, United States Code,___
                    (Brief Statement of Offense Charged)

___Section 922 (a) (6),Providing false information on an ATF form 4473 in___

___the acquisition of a firearm, and Title 18, United States Code, Section___

___922 (g)(5), Alien in possession of a firearm.___

and a bench warrant for his/her arrest was issued the same day.

Bond in the sum of ___No Bail___ has been set by the United

States Grand Jury in the district in which charges are pending.

Dated: ___January 14, 2000___

___Larry D. Webster___
                         Name of Affiant

___Special Agent, Bureau of Alcohol, Tobacco and Firearms___
                                 Title

Lodged with me this___14th___ day of ___January___ 2000

in lieu of certified copy of indictment against the accused.

_____
United States Magistrate Judge

1-26-00

I hereby attest and certify on ____
That the foregoing document is a full true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

# MAGISTRATE INFORMATION SHEET

1. Dis. Auth _____ 1A. USAO# _____ Ct.# _____ Agency # _____

2. Hg. Date _____ 3. AUSA _____ 4. Mag. _____

5A. Mat. Wit. _____ Cust: NO  Arraign M/W  Release M/W  Other

5B. Eye Wit. _____ 5C. Victims _____ (no.)

Def. # _1_ of ___s. Def Name: VAUGHN EVANS   Soc. Sec. # 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 _____ Alias: _____
                                                            San Diego, CA
Birth Date 3/26/75  Address 2529 Northside Dr.#421 _____ 7. Flip? Yes No
                    922 (a)(6)
Charges 18 U.S.C. 922(g)(5)8. Arrest Date 11/17/99

Penalties _____ Place of Arrest  San Diego, California

Agents Larry Webster _____ Phone#: 6046 Date Committed: 12/26/98 - 1/7/99

Agency  A.T.F. _____ Program Category: _____

9. Custody? (Yes) No        10. Citizenship? U.S. Mex. (Other) Jamaican

11. INS Status: Res  Bcc (Illegal) Other _____

Prior Deports: _____ Prior VR's _____

Prior Record: 6/16/94 arrest by Miami, Fl. Police for Auto Theft ( 8/31/99 arrest by San Diego
                                                                    ( Police for Domestic Violence.
Drug Usage: Marijuana _____ How Evidenced? Defendant told arresting Agents.

Cash on Def. $ _____ Other Evidence _____

Agents Fact Summary: VAUGHN JASON EVANS was arrested by the United States Department of State
and the A.T.F. on November 17, 1999 for passport fraud, 18 U.S.C. 1542 and 1621. Evans has
plead guilty to these charges in the Southern District of California, criminal case #99mg2935,
and is awaiting sentencing on these charges in February of 2000. Susequent investigations by
A.T.F. in San Diego and Ft. Lauderdale, Fl., revealed that EVANS, who is currently in the U.S.
illegally, lied on an ATF form 4473 during the acquisition of a firearm in Florida, and was
an illegal alien when he received that firearm from a Federal Firearms licensee in Florida.
Agents Info (Employment, Family, Etc.) _____

Vehicle Seized (Describe) _____ Mat/Wit Atty: _____

12. Def. Atty: Apptd Retain  13. Def. Atty. Name _____

14. Plea: Guilty Count ___ NG Nolo   15. RCD? Yes No   16. Sent. _____

Con't Sent _____ 16A. S.A. $ ___ 17. Dism? Ct. Govt.

18. Next Court for ___ 19. Date ___ 20. Time ___ and for __on__at __

21. Bond Set _____ Conditions _____

22. Pers. Info _____

23. Sentencing Guidelines: _____

24. Potential Forfeitures _____

CRIMINAL FIRST APPEARANCE

USA v. Evans                                    3:00-m -00110

Magistrate Judge Houston

Vaughn Evans [1]        attorney Richard Boesen  - cja

DOA: 1/13/00 [1]


        Enter Order by Magistrate Judge John A. Houston; Specially
        appearing attorney FD; case reassigned to Magistrate Judge
        John A. Houston, first appearance of Vaughn Jason Evans
        on cmp, Attorney Richard J Boesen appointed;  Dft Vaughn
        Jason Evans informed of charges, USA oral motion for
        detention as to defendant Vaughn Jason Evans due to risk of
        fight; removal hearing set for 2:00 2/1/00 for Vaughn
        Jason Evans; detention hearing set for 3:00 1/20/00 for
        Vaughn Jason Evans; Court Reporter: JAH00-2:3966-


date: 1/18/00                              R. Campbell

                              by RC

END OF FORM


I hereby attest and certify on _____
That the foregoing document is a full true and correct
copy of the original on file in my office and in my legal
custody.
        CLERK, U.S. DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy

**ORIGINAL**

FILED

00 JAN 24 AM 10: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,        )    Magistrate Case No. 00mg0110
11                                )
                Plaintiff,        )
12                                )
        v.                        )    FINDINGS OF FACT AND ORDER OF
13                                )    DETENTION PENDING TRIAL
JASON VAUGHN EVANS,               )
14                                )
                Defendant.        )
15                                )
_____  )
16

17          In accordance with the Bail Reform Act of 1984, Title 18,

18   United States Code, Section 3142(f), a detention hearing was held

19   on January 20, 2000, to determine whether defendant JASON VAUGHN

20   EVANS ("the Defendant") should be held in custody pending trial

21   and, if convicted, sentencing in the above-captioned matter.

22   Assistant United States Attorney Michael G. Wheat appeared on

23   behalf of the United States; Attorney Richard Boesen appeared on

24   behalf of the Defendant.

25          At the hearing, the Defendant knowingly and voluntarily

26   waived his right, on the record through counsel, to the setting of

27   bail and a detention hearing. Based on the waiver, the Court

28   orders that Defendant be detained pending trial, and if convicted

3

1  sentencing in these matters, without prejudice or waiver of the

2  defendant's right to later apply for bail and conditions of

3  release, and without prejudice or a waiver of the right of the

4  United States to seek detention in the event of an application by

5  the defendant for such relief.

6  //

7  //

8  //

9  //

10 //

11 //

12 //

13 //

14 //

15 //

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26

27                                        99mg0110

28                      2

<u>ORDER</u>

1          IT IS HEREBY ORDERED that the defendant be detained pending
2
3    trial, and if convicted, sentencing in these matters.

4          IT IS FURTHER ORDERED that the defendant be committed to the
5    custody of the Attorney General or her designated representative
6    for confinement in a corrections facility separate, to the extent
7    practicable, from persons awaiting or serving sentences or being
8    held in custody pending appeal. Defendant shall be afforded the
9    reasonable opportunity for private consultation with defense
10   counsel. On order of the court of the United States or on request
11   of an attorney for the Government, the person in charge of the
12   corrections facility shall deliver the defendant to a United
13   States Marshal for the purpose of an appearance in connection with
14   a court proceeding. This order is without prejudice to reopening
15   upon a showing of new facts concerning security for release.

16         IT IS SO ORDERED.

17         DATED: _1-21-00_ .

18

19

20   HONORABLE JOHN A. HOUSTON
     United States Magistrate Judge

21

22   Prepared by:

23   GREGORY A. VEGA
     United States Attorney

24

25

26   MICHAEL G. WHEAT
     Assistant U.S. Attorney

27

28                 3

I hereby attest and certify on ___1-24-0___
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
      CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy

99mg0110

CLOSED

AO 466 (1/86) Waiver of Rule 40 Hearings

```
┌────────────────────────────────┐
│            FILED               │
│   ┌──────────────────┐         │
│   │   JAN 2 0 2000   │         │
│   │                  │         │
│   BY  DISTRICT OF    DEPUTY    │
│   └──────────────────┘         │
└────────────────────────────────┘
```

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN                  DISTRICT OF    CALIFORNIA

UNITED STATES OF AMERICA

v.                                  **WAIVER OF RULE 40 HEARINGS**
                                    **(Excluding Probation Cases)**

VAUGHN JASON EVANS

Case Number:    OOMG 0110

I, ___VAUGN JASON EVANS___, understand that in the

___SOUTHERN___ District of ___FLORIDA___, charges are pending

alleging violation of ___18 USC 922 (a)(L) 922 (g)(5)___ and that I have been

arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ✓ ) preliminary examination

(    ) identity hearing and have been informed I have no right to a preliminary examination

(    ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me, _after Sentencing in Southern District of CA Case 99CR 3407J_

I hereby attest and certify on 1-26-00
That the foregoing document is a full true and correct
copy of the original on file in my office and in my legal
custody
                        CLERK, U.S. DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

___Vaugh Evans___
Defendant

___01-20-00___                    ___B.CC.J. Ban___
Date                              Defense Counsel

Minutes of the United States District Court
# Southern District of California

U.S.A. vs. _____ **VAUGHN JASON EVANS** _____ ( 1 ) Crim. No. _____

_____ ( ) Mag. No. _____ **00MG0110** _____

_____ ( ) _____ ( ) _____ ( )

Magistrate Judge _____ **JOHN A. HOUSTON** _____ Tape No. _____ **JAH00-2:2779-3283**

Atty **Richard Boesen** _____ for ( 1 ) _x_ CJA ___ RET ___ PDA

Atty _____ for ( ) ___ CJA ___ RET ___ PDA

Atty _____ for ( ) ___ CJA ___ RET ___ PDA

Atty _____ for ( ) ___ CJA ___ RET ___ PDA

Atty _____ for ( ) ___ CJA ___ RET ___ PDA

Atty _____ Appointed for material witness(es)

_____ crcsrasgn Case reassigned to Magistrate Judge _____

crars/craprntc DOA _____ True Name _____

_____ crarr Dft(s) arraigned ___ Not guilty all cnts ___ crpleagu change plea guilty     Cnt(s) _____

_____ Juv delinq counts _____ ___ Denial ___ Admission

_____ Dft N/A ___ crw B/W issued ___ crbnd Bail on B/W     P/S  C/CS

_____ Issuance of B/W stayed until _____ _____ crrel B/W recalled ___ Never issued

_____ crdisment Case dismissed on oral motion of court/govt/dft with/without prejudice

crbnd Bail set/modified $ _____ P/S C/CS ___ crbnd Bail affirmed ___ 18:3142(d) lifted

_____ crrul Govt oral motion for detention hearing held     Motion _____ granted _____ denied

_x_ Dft waives detention hearing w/out prejudice - order filed

_x_ Govt to prepare detention order by _____ **1/24/00** _____ Risk of _x_ flight _____ danger

_____ Detention hearing not held ___ See bail above     ___ crbnd No bail set

Bond ___ crbndexo Exonerated ___ crbnd Reinstated ___ crbndrvk Revoked

___ crbndfrft Forfeited ___ crbnd Forft set aside

crsched Case set for _____ @ _____ am before Mag/Judge _____

    _____ Preliminary exam ___ Motion setting ___ Hrg motions/trial setting

    _____ Identity/removal hrg ___ Status hearing re _____

    _____ Status re psych exam ___ Dispo ___ Other _____

    _____ Hearing presentence rpt/sentencing ___ Referred to probation

    _____ Pretrial Service OSC hearing ___ Probation/spv release OSC hearing

_x_ Pending date(s) vacated ___ Pending motion(s) withdrawn

_____ Govt's exhibit #1 marked and returned to govt

Other: **Defendant waives removal hearing. Defendant is ordered removed to the Southern district of Florida effective 1/26/00.**

Date: _____ **1/20/00** _____     Deputy: _____ lwm

1-26-00

I hereby attest and certify on ___
That the foregoing document is a full true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

PLEASE RECEIPT AND RETURN

CLOSED

Warrant of Removal on Indictment                              Cr. Form No. 14M (Rev. 2-73)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA        }
                                }        Magistrate
        v.                      }        No. 00mg0110
                                }
VAUGHN JASON EVANS,             }
                                }

RECEIVED

2000 JAN 25 P 4: 0

U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA

To:  United States Marshal

The grand jury of the United States for the Southern District of Florida indicted VAUGHN

JASON EVANS, on a charge of Title 18, United States Code, Sections 922(a)(6) and 922(g)(5).

Defendant has been arrested in this district and, after waiving a Rule 40 hearing, has been committed

by a United States Magistrate Judge to your custody pending his removal to that district:

You are hereby commanded to remove VAUGHN JASON EVANS forthwith to the Southern

District of Florida and there deliver him to the United States Marshal for that district or to some

other officer authorized to receive him.

JOHN A. HOUSTON
United States Magistrate Judge

Dated at SAN DIEGO, CALIFORNIA this _____ day of JANUARY, 2000.

## RETURN

SOUTHERN District of FLORIDA (Fort Lauderdale Division)        ss

Received   the   within   warrant   of   removal   the   _____   day   of

_____, 2000, and executed same.

_____
                                                                U. S. Marshal

By _____
                                                                Deputy Marshal

MGW:ves/012500