UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.

FEB 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # ___ 564/23 - 198

UNITED STATES OF AMERICA                )
                        Plaintiff       )    Case Number: CR 00-6017-CR-Z-10-n
                                        )    REPORT COMMENCING CRIMINAL
        -vs-                            )                ACTION
                                        )
Evans, Vaughn                           )
                    Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: _02-02-00_____ 1100 am/pm

(2)  Language Spoken: ___English_____

(3)  Offense (s) Charged: _Fraud / carrying Prohibited weapon_

(4)  U.S. Citizen  [ ✔ ] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: _3-26-75_

(6)  Type of Charging Document:  (check one)
     [ ] Indictment   [ ] Complaint   To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _S /Fla_

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_PTD_
Who set Bond: _Seltzer_

(7)  Remarks: _Airlift_

(8)  Date: _02-02-00_ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____