COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: VAUGHN JASON EVANS (J)        CASE NO: 00-6017-CR-ZLOCH
AUSA: KATHLEEN RICE _pres_          ATTY: FPD Martin _Feldwick_
AGENT: _____              VIOL: _____
PROCEEDING PTD HEARING              RECOMMENDED BOND PTD

BOND HEARING HELD - yes/(no)        COUNSEL APPOINTED _____

BOND SET @ 100,000 CSB w/ Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

Both counsel reserve the right to come back for a PTD hearing or bond hearing.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 2-7-00    Time 11:00    FTL/LSS TAPE #00- 007    Begin: 1807    End: 1854

*[Stamp: FEB - 7 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA., FT. LAUD.]*