UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

VAUGHN JASON EVANS,

        Defendant.
_____/



## STATUS REPORT

A status conference was held in this cause on February 17, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two to three days to try.

2.    Defense counsel requested and was granted three additional weeks within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this ____ day of February 2000.

                                                        BARRY S. SELTZER
                                                        United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant