# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Vaughn Jason Evans (no deft needed) CASE NO: 00-6017-CR-Zloch

AUSA: Kathleen Rice /Behnke   ATTNY: FPD Berube

AGENT: _____   VIOL: _____

PROCEEDING: Status Conference   BOND REC: _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
FEB 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Discovery out
2-3 days to try
no motions
Gov't ready
∆ hasn't seen discovery
yet. Requests 3
addl weeks for discovery
Granted

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 2-17-00   TIME: 11:00am   TAPE # 00-014 PG # 2
624-670