UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6017-CR-ZLOCH



UNITED STATES OF AMERICA

   v.

VAUGHN JASON EVANS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                    COURTROOM A
299 E. BROWARD BLVD.                     DATE & TIME:
FT. LAUDERDALE, Fl, 33301                March 27, 2000, at 9:00 AM

CALENDAR CALL - RESET BY COURT

                                    CLARENCE MADDOX
                                    CLERK OF COURT

                                    BY DEPUTY CLERK

DATE: March 7, 2000

cc:
Kathleen Rice, Esq., AUSA
Robert Berube, Esq., AFPD