UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6017-CR-ZLOCH



UNITED STATES OF AMERICA

v.

VAUGHN JASON EVANS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>March 21, 2000 at 1:30 PM |
|---|---|

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: March 13. 2000

cc:
Kathleen Rice, Esq., AUSA
Robert Berube, Esq., AFPD