UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6017-CR-ZLOCH

UNITED STATES OF AMERICA

v.

VAUGHN JASON EVANS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
March 28, 2000 at 9:30 AM

CHANGE OF PLEA RESET BY COURT - COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 14. 2000

cc:
Kathleen Rice, Esq., AUSA
Robert Berube, Esq., AFPD