UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
         Plaintiff,
vs.                                       CASE NO.: 00-6017 ZLOCH

VAUGH EVANS,
         Defendant          /

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, the Defendant, by and through undersigned counsel, and files this motion for substitution of counsel. In support Defendant states as follows:

1. Mr. Evans has retained the services of undersigned counsel to represent him in the above cited cause.

2. This change of counsel will not delay nor hinder the proceedings as Defendant is accepting the plea offer tendered by the Government.

3. Undersigned would enter the case for purposes of the plea and sentencing.

Wherefore, Defendant respectfully requests that this Court allow the substitution of counsel.

I HEREBY CERTIFY that a true and correct copy of the foregoing **MOTION FOR SUBSTITUTION OF COUNSEL**, was **[mailed]** [hand-delivered] **[faxed]** to: Kathleen Rice, AUSA, United States Attorney's Office, 500 East Broward Blvd. 7th Floor, Ft. Lauderdale, FL 33301 this Monday, March 20, 2000.

Respectfully Submitted,

Gustavo I. Garcia-Montes
Attorney for Defendant
6780 Coral Way
Miami, FL 33155
(305) 261-4000
Fax (305) 662-8715
FBN: 986320

The Law Firm of ALVAREZ & GARCIA-MONTES  6780 Coral Way   Miami, FL 33155   Tel. (305) 261-4000   Fax (305) 662-5657