# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  00-6017 ZLOCH

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

VAUGH EVANS,
        Defendant/

_____ /

NIGHT BOX
FILED

MAR 2 7 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## **STIPULATION FOR SUBSTITUTION OF COUNSEL**

COMES NOW, Robert Berube, of the Federal Public Defenders Office, counsel for Defendant, and hereby stipulates that Attorney Gustavo J. García-Montes shall substitute as counsel for the Defendant in the above-styled case. Additionally, undersigned request that copies of any and all pleadings, notices, correspondence and/or other matters pertaining to this cause be directed to Gustavo J. García-Montes on behalf of said Defendant.

Dated this _____ day of March, 2000.

_____
Robert Berube, Esq.
Federal Public Defender
101 NE 3rd Ave.
Suite 202
Ft. Lauderdale, FL 33301
Tel.: (954) 356-7436
Fax: (954) 356-7556

_____
Gustavo J. García-Montes, Esq.
6780 Coral Way
Miami, FL  33155
Tel: (305) 261-4000
Fax: (305) 662-5657
FBN: 986320

The Law Firm of ALVAREZ & GARCIA-MONTES  6780 Coral Way   Miami, FL 33155   Tel. (305) 261-4000   Fax (305) 662-5657



The Law Firm of

# ALVAREZ & GARCIA-MONTES

a Partnership of Professional Associations


Robert Berube, Esq.
Federal Public Defender
101 NE 3rd Ave.
Suite 202
Ft. Lauderdale, FL 33301

NIGHT BOX
FILED

MAR 2 7 2000

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

      Ref: CASE NO.:  00-6017 ZLOCH; Vaugh Evans

Dear Mr. Berube:

      The family of Mr. Evans has retained my services to represent him in the above cited cause.  Enclosed please find a stipulation for substitution of counsel.  Please return the original to my office in the enclosed self-addressed stamped envelope at your earliest convenience.

      Sincerely,


Gustavo J. Garcia-Montes, Esq.