

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6017-CR-Zloch   DATE 3-28-00
CLERK Carline Newsley   REPORTER Carl Schanzlee
PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Vaughn Jason Evans

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Gustavo Garcia-Montes

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO June 6, 2000 TIME 11:30 FOR Sentencing

MISC Written Plea Agreement