UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  00-6017-CR-ZLOCH
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

VAUGHN EVANS,

        Defendant.

_____/

## ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Vaughn Evans, has retained Gustavo J. Garica-Montes, Esq., 6780 Coral Way, Miami, Florida 44155, to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this ____ day of ~~March~~ April, 2000 at Fort Lauderdale, Florida.

_____
~~Lurana S. Snow~~
~~Chief~~ United States Magistrate Judge

cc:   Robert N. Berube, AFPD
      Kathleen Rice, AUSA
      Gustavo J. Garcia-Montes, Esq.
      Vaughn Evans, Defendant