UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6017-CR-ZLOCH

**UNITED STATES OF AMERICA**

      V.

**VAUGHN JASON EVANS**

<u>**TYPE OF CASE**</u>                CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**                                         COURTROOM A
299 E. BROWARD BLVD.           DATE & TIME:
FT. LAUDERDALE, Fl, 33301     June 19, 2000, at 11:30 AM

<u>**SENTENCING - RESET BY COURT**</u>

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Kathleen Rice, Esq., AUSA
Gustava Garcia-Montes, Esq.
Probation