UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6017-CR-Zloch   DATE 6-15-00
CLERK Carline Newlan   REPORTER Carl Schanzler
PROBATION Kathryn Gomez   INTERPRETER

UNITED STATES OF AMERICA v. Vaughn Jason Evans

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Gustavo Garcia-Montes

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct1 - 12 months custody of BOP - 3 yrs supervised release $100 assessment - Upon completion of of Imprisonment be surrendered
JUDGMENT to INS for deportation proceedings. If deported NOT Re-enter US w/o prior express permission of A.G. - ____ - Reporting if deported -

CASE CONTINUED TO _____ TIME ____ FOR
Participate in drug/alcohol treatment
MISC program as directed by Probation

31