PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 62330

# United States District Court

### for

## SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vaughn Jason Evans          Case Number: 00-6017-CR-ZLOCH

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Judge,
Fort Lauderdale, Florida

Date of Original Sentence: June 19, 2000

Original Offense:     Title 18: U.S.C. §922(a)(6): False Statements to a Firearms Dealer.

Original Sentence:    Twelve (12) months custody of Bureau of Prisons. Upon release, three (3) year
                      term of supervised release with the special condition that the defendant shall
                      surrender himself to the Immigration and Naturalization Services upon
                      completion of imprisonment for deportation proceedings.  If deported, the
                      defendant shall not reenter the United States without the prior express
                      permission of the U.S. Attorney General.  The term of supervision shall be
                      non-reporting while residing outside of the United States.  If the defendant
                      shall reenter the United States within the term of supervised release, he shall
                      report to the nearest U.S. Probation Office within 72 hours of his arrival.
                      Further, the defendant shall participate in a substance abuse/alcohol treatment
                      program as deemed necessary.  A $100.00 special assessment fee was
                      imposed.

Type of Supervision: Supervised Release          Date Supervision Commenced: January 12, 2001

Assistant U.S. Attorney:          Defense Attorney:
Kathleen Rice                     Gustavo J. Garcia-Montes

## PETITIONING THE COURT

[X]     To issue a warrant
[]      To issue a summons

PROB 12C                                                    SD/FL PACTS No. 62330
(SD/FL 9/96)

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number            Nature of Noncompliance

1.                          **Violation of Mandatory Condition,** by failing to report to the probation office as directed by the court and the Bureau of Prisons. On or about January 12, 2001, the defendant was released from the custody of the Bureau of Prisons, into the custody of Immigration and Naturalization Services following the completion of his twelve (12) months sentence at the Federal Correctional Institute, Miami, Florida. On January 19, 2001, he was released on an immigration bond and the defendant failed to report within 72 hours of his release.

2.                          **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about October 4, 2001, in Ashland County, Ohio, the defendant was arrested by the Ohio State Highway Patrol Office, and charged with the offense of Count I: Possession of Marijuana, in violation of Section 2925.11(a); and Count II: Possessing Criminal Tools, in violation of Section 2923.24(A). On January 3, 2002, the defendant plead guilty to a reduce charged of Possession of Drug Paraphernalia, a misdemeanor, and was sentenced to credit for time served.

3.                          **Violation of Standard Condition,** by leaving the judicial district without first securing permission of the probation officer. On or about October 4, 2001, the defendant traveled to Ashland, Ohio, without securing the permission of the probation officer, as evidence by the arrest as noted in violation number Two (2)

4.                          **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about December 17, December 18, and December 19, 2001, respectively, the defendant submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory, and subsequent test results for December 17, and December 18, 2001, were confirmed positive by PharmChem Laboratories, Incorporated. Confirmation results are pending for the urinalysis collected on December 19, 2001.

PROB 12C                                                    SD/FL PACTS No. 62330
(SD/FL 9/96)

5.                    <u>**Violation of Mandatory Condition,**</u> by unlawfully possessing or
                      using a controlled substance.  On or about January 7, 2002 the
                      defendant submitted a urine specimen which tested positive for the
                      presence of marijuana in our local laboratory.  Test results are
                      pending confirmation  by PharmChem Laboratories, Incorporated.


U.S. Probation Officer Recommendation:

         [X]     The term of supervision should be
         []      revoked.
         []      extended for _ years, for a total term of _ years.

         []      The conditions of supervision should be modified as follows:




                                        Respectfully submitted,

                            by

                                        Anita L. Dukes, CAAP
                                        U.S. Probation Officer
                                        Phone: (305) 512-1801
                                        Date: January 10, 2001


THE COURT ORDERS:

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Submit a Request for Modifying the Conditions or Term of Supervision



                                        Signature of Judicial Officer


                                        1/17/02
                                        Date