FILED by ___ D.C.
MAG. SEC.
JAN 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA   ]   CASE NUMBER: CR 00-6017-CR-Zloch
        Plaintiff   ]
  -vs-   ]   REPORT COMMENCING CRIMINAL ACTION
   ]
Evans, Vaughn   ]   56423-198
        Defendant   USMS Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 1-23-02   600   AM X   PM ___

(2) LANGUAGE SPOKEN: English

(3) OFFENSE(S) CHARGED: Prob. Viol

(4) UNITED STATES CITIZEN: ( ) YES (X) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 3/26/75

(6) TYPE OF CHARGING DOCUMENT: (check one)
  [ ] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
     CASE # ___
  [ ] BENCH WARRANT FOR FAILURE TO APPEAR
  [X] PROBATION VIOLATION WARRANT
  [ ] PAROLE VIOLATION WARRANT
  ORIGINATING DISTRICT: S/FL
  COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES [ ] NO

AMOUNT OF BOND: $ ___   WHO SET BOND: ___

(7) REMARKS: ___

(8) DATE: 1-23-02   ARRESTING OFFICER: D. Bruce / M. Gloetzner
(9) AGENCY: USMS   PH. NO: 305-536-4628