koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6017-CR-ZLOCH/BSS

UNITED STATES OF AMERICA

Plaintiff,

ORDER ON INITIAL APPEARANCE
Language ENGLISH
Tape No. 02FX- 7-2760 + 8-2300
AUSA Angel Cortinas
Agent _____

FILED by ___ D.C.
JAN 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

v.

VAUGHN JASON EVANS

Defendant.          DOB: 3-26-75        Reg# 56423-198
_____/

The above-named defendant having been arrested on __1-23-02__ having appeared before the court for initial appearance on __1-23-02__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:
1. _____ appeared as permanent/temporary counsel of record.
Address:_____
Zip Code: _____ Telephone: _____
2. _____AFPD_____ appointed as permanent counsel of record.
Address: _____
Zip Code: _____ Telephone: _____
3. The defendant shall attempt to ~~retain counsel and~~ shall appear before the court at 10:00 A.M. on S/C re: deposition (Probable cause) 10:30 in Ft. Lauderdale, 2002.
~~4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am 1/28~~, 2002.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __Gov't - No bond - risk/flight  10:30 in Ft. Lauderdale__
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am  1/28 , 2002.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
   other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.

VAUGHN JASON EVANS

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Miami, Florida, this __23rd__ day of __JANUARY__ 2002.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    ANDREA M. SIMONTON

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   ~~Pretrial Services~~/Probation