PROB 19a                                                                                          SD/FL PACTS No. 62330

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6017-CR-ZLOCH

U.S.A. vs Vaughn James Evans

TO:[1] ANY U.S. MARSHAL OR AUTHORIZED AGENT

4325 15

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |
| NAME OF SUPERVISED RELEASEE<br>Vaughn James Evans | SEX<br>Male | RACE<br>Black | AGE<br>26 |
| ADDRESS (STREET,CITY,STATE)<br>4021 NW 191 Street, Miami, Florida 33055 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida | DATE IMPOSED<br>June 19, 200 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Miami, Florida | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>JAN 18 2002 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>1/18/02 | DATE EXECUTED<br>1/23/02 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, Ft. Lauderdale, Fl | | |
| NAME  Edward Stubbs, Acting<br>US Marshal  S/D  FL | (BY)<br>Barry Golden, ASDUSM | DATE<br>1/23/02 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____." or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."