UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: CO-6017-CR-ZLoch

UNITED STATES OF AMERICA

v.

Vaughn Evans

*FILED by __ D.C.*
*JAN 28 2002*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA FT. LAUD.*

WAIVER OF PROBABLE CAUSE EXAMINATION

The defendant having been advised of the right to a probable cause hearing, and the defendant having refused and waived such hearing, the defendant now signs this Waiver of Probable Cause Examination.

DATED: 1/28/02

_____
Defendant

MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a probable cause hearing within 10 days from the defendant's initial appearance has stated she/he refused and waived such hearing and signed the foregoing Waiver of Probable Cause Examination.

IT IS ORDERED that a probable cause examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court.

DATED: 1/28/02

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

41