# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

*FILED by ___ D.C.*
*JAN 28 2002*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF F.A. FT. LAUD.*

DEFT: VAUGHN JASON EVANS (J) 56423-198

CASE NO: 00-6017-CR-ZLOCH

AUSA: _Rice_

ATTY: FPD — _Tim Day_

AGENT: USPO

VIOL: _____

PROCEEDING: DETENTION / PROBABLE CAUSE HEARING

RECOMMENDED BOND: PTD

BOND HEARING HELD - yes (no)

COUNSEL APPOINTED: _____

BOND SET @: _100,000 CSB w/Nebbia stipulated_

To be cosigned by: _____

❑ Do not violate any law.

❑ Appear in court as directed.

❑ Surrender and / or do not obtain passports / travel documents.

❑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

_final hrg on violation to be set before Judge Zloch._

❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑ Maintain or seek full - time employment.

❑ No contact with victims / witnesses.

❑ No firearms.

❑ Curfew: _____

_Waiver of probable cause executed._

❑ Travel extended to: _____

❑ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/28/02   TIME: 11:00   FTL/LSS TAPE # 02 - _004_   Begin: _132_   End: _____

42