UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6017-CR-ZLOCH



UNITED STATES OF AMERICA

V.  NOTICE

VAUGHN JASON EVANS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | February 14, 2002, at 10:00 AM |

FINAL SUPERVISED RELEASE VIOLATION HEARING

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: February 5, 2002

cc:
Kathleen Rice, Esq., AUSA
Timothy Day, Esq., AFPD
Probation(Dukes)