UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by \_\_\_\_ D.C.
FEB 1 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6017-Cr-Zloch   DATE 2-14-02
CLERK Carline Newby   REPORTER Carl Schanzlee
PROBATION Anita Dukes   INTERPRETER

UNITED STATES OF AMERICA v. Vaughn Jason Evans

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Timothy Day

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Violation of Sup Rel (DE 35)

RESULT OF HEARING Deft admits violations & Ct finds deft has violated - Sup. Rel is Revoked & deft is sentenced to 9 months custody
JUDGMENT of BOP - No additional Sup Rel will be imposed -

CASE CONTINUED TO \_\_\_\_   TIME \_\_\_\_   FOR \_\_\_\_

MISC \_\_\_\_


44