UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6017-CR-ZLOCH

FILED by _____ D.C.
FEB 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

V.

VAUGHN JASON EVANS

    Defendant

ORDER REVOKING
SUPERVISED RELEASE

_____

THIS CAUSE came before the Court for hearing on Supervised Release Violation on February 14, 2002.

The Court finds that said defendant has violated conditions of Supervised Release as set forth in the Petition (DE 35) and the defendant admits same.

IT IS HEREBY ORDERED AND ADJUDGED that the defendant's Supervised Release is hereby revoked and the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 9 MONTHS. No further supervision shall be imposed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 14 day of February, 2002.

                                    WILLIAM J. ZLOCH
                                    Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
Timothy Day, Esq., AFPD
Probation
Marshal